IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ATLANTA DIVISION

| | | |
|---|---|---|
| FRANK PRUITT, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:12CV02563-AT |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| ATLANTA DATACOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2.    The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3.     This cause is hereby **DISMISSED** with prejudice, with costs and fees to be

paid pursuant to the terms of the Settlement Agreement.

      **DONE AND ORDERED** in Chambers at Atlanta, Georgia, this _10_ day of

December, 2012.

                       _____

                       United States District Court Judge

**STIPULATED AS TO FORM AND CONTENT:**

| BARRETT & FARAHANY, LLP | FOLTZ MARTIN HUDSON & KNAPP, LLC |
|---|---|
| /s/  *Elizabeth L. Brown*<br>Benjamin F. Barrett (039586)<br>Amanda A. Farahany (646135)<br>Elizabeth L. Brown (940372)<br>1100 Peachtree Street N.E.<br>Suite 500<br>Atlanta, Georgia 30309<br>(404) 214-0120 | /s/ *Herman L. Fussell*<br>Herman L. Fussell (281100)<br>Five Piedmont Center<br>Suite 750<br>Atlanta, GA  30305-1541<br>(404) 231-9397 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |